UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CUTCHER, | ) Case No.: 2:21-CV-00908 JDP |
| Plaintiff, | ) ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ECF No. 13 |
| Defendant | ) |

For good cause shown, plaintiff's motion to modify the briefing schedule and file a late brief is granted. ECF No. 13. Plaintiff's motion for summary judgment, ECF No. 14, is deemed timely filed on December 13. Defendant may have an extension of time to January 27, 2022 to file her opposition. Any reply by plaintiff will be due February 7, 2022.

IT IS SO ORDERED.

Dated:   December 20, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26